**Fill in this information to identify the case:**

Debtor 1 **JAMES M. TOOMEY**

Debtor 2 (Spouse, if filing)

Unites States Bankruptcy Court for the: **Western District of Pennsylvania** (State)

Case Number **21-21477JCM**

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

## Part 1: Mortgage Information

**Name of claim holder:** NATIONSTAR MORTGAGE LLC D/B/A MR COOPER(*)

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 4 5 5 3

**Property Address:**
2815 SPRING GARDEN AVE
Number Street

PITTSBURGH PA 15212
City State ZIP Code

## Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

## Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 13,989.15 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 13,989.15 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ 13,989.15 |

## Part 4: Postpetition Payment

*Check one:*

☐ Postpetition payments are made by the debtor.

☒ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ 53,464.81

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on August 2026. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

## Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ -0-

## Part 6: A Response Is Required By Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR .**

✗ /s/ Ronda J. Winnecour
Signature

Date 08/26/2026

Trustee Ronda J. Winnecour
First Name Middle Name Last Name

Address CHAPTER 13 TRUSTEE WD PA, 600 GRANT STREET
Number Street

PITTSBURGH PA 15219
City State ZIP Code

Contact phone (412) 471-5566 Email cmecf@chapter13trusteewdpa.com

# History Of Payments

## Part 3 - b (Prepetition Arrears)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 07/26/2022 | 1240883 | Amounts Disbursed To Creditor | 174.68 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 08/24/2022 | 1243773 | Amounts Disbursed To Creditor | 194.24 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 09/27/2022 | 1246644 | Amounts Disbursed To Creditor | 194.03 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 10/25/2022 | 1249463 | Amounts Disbursed To Creditor | 164.79 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 11/23/2022 | 1252249 | Amounts Disbursed To Creditor | 164.60 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 03/28/2023 | 1263119 | Amounts Disbursed To Creditor | 47.87 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 04/25/2023 | 1265937 | Amounts Disbursed To Creditor | 355.47 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 05/25/2023 | 1268798 | Amounts Disbursed To Creditor | 363.36 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 06/26/2023 | 1271695 | Amounts Disbursed To Creditor | 361.43 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 07/25/2023 | 1274450 | Amounts Disbursed To Creditor | 342.84 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 08/25/2023 | 1277227 | Amounts Disbursed To Creditor | 342.43 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 09/26/2023 | 1279970 | Amounts Disbursed To Creditor | 342.03 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 10/25/2023 | 1282681 | Amounts Disbursed To Creditor | 341.61 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 11/27/2023 | 1285347 | Amounts Disbursed To Creditor | 341.21 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 12/21/2023 | 1287943 | Amounts Disbursed To Creditor | 340.80 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 01/26/2024 | 1290623 | Amounts Disbursed To Creditor | 340.37 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 02/26/2024 | 1293282 | Amounts Disbursed To Creditor | 339.97 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 03/26/2024 | 1295928 | Amounts Disbursed To Creditor | 339.54 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 04/25/2024 | 1298585 | Amounts Disbursed To Creditor | 339.12 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 05/29/2024 | 1301301 | Amounts Disbursed To Creditor | 338.69 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 06/25/2024 | 1303830 | Amounts Disbursed To Creditor | 338.28 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 07/25/2024 | 1306432 | Amounts Disbursed To Creditor | 337.85 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 08/26/2024 | 1309004 | Amounts Disbursed To Creditor | 337.42 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 09/25/2024 | 1311595 | Amounts Disbursed To Creditor | 336.99 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 10/25/2024 | 1314124 | Amounts Disbursed To Creditor | 336.54 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 11/25/2024 | 1316685 | Amounts Disbursed To Creditor | 336.11 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 12/23/2024 | 1319090 | Amounts Disbursed To Creditor | 335.67 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 01/28/2025 | 1321589 | Amounts Disbursed To Creditor | 335.22 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 02/25/2025 | 1324019 | Amounts Disbursed To Creditor | 334.77 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 03/26/2025 | 1326498 | Amounts Disbursed To Creditor | 334.32 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 04/25/2025 | 1328964 | Amounts Disbursed To Creditor | 333.84 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 05/23/2025 | 1331387 | Amounts Disbursed To Creditor | 333.40 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 06/25/2025 | 1333830 | Amounts Disbursed To Creditor | 332.93 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 07/25/2025 | 1336299 | Amounts Disbursed To Creditor | 277.94 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 08/26/2025 | 1338705 | Amounts Disbursed To Creditor | 304.78 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 09/25/2025 | 1341120 | Amounts Disbursed To Creditor | 304.35 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 10/24/2025 | 1343596 | Amounts Disbursed To Creditor | 303.93 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 11/21/2025 | 1345896 | Amounts Disbursed To Creditor | 303.49 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 12/23/2025 | 1348239 | Amounts Disbursed To Creditor | 303.06 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 01/27/2026 | 1350632 | Amounts Disbursed To Creditor | 302.62 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 02/24/2026 | 1352978 | Amounts Disbursed To Creditor | 302.19 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 03/25/2026 | 1355392 | Amounts Disbursed To Creditor | 301.74 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 04/27/2026 | 1357781 | Amounts Disbursed To Creditor | 301.30 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 05/27/2026 | 1360183 | Amounts Disbursed To Creditor | 300.86 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 06/25/2026 | 1362550 | Amounts Disbursed To Creditor | 292.06 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 08/25/2026 | 1367257 | Amounts Disbursed To Creditor | 258.41 |
| | | | | Total for Claim Number 4: | 13,989.15 |
| | | | | **Total for Part 3 - b (Prepetition Arrears):** | **13,989.15** |

## Part 4 - a (Postpetition Payments)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 4 | NATIONSTAR MORTGAGE LLC(*) | 08/26/2021 | 1207640 | Amounts Disbursed To Creditor | 965.34 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 09/24/2021 | 1210758 | Amounts Disbursed To Creditor | 958.50 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 10/25/2021 | 1213827 | Amounts Disbursed To Creditor | 930.46 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 11/22/2021 | 1216868 | Amounts Disbursed To Creditor | 1,101.22 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 12/23/2021 | 1219939 | Amounts Disbursed To Creditor | 1,096.14 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 01/26/2022 | 1222996 | Amounts Disbursed To Creditor | 1,034.85 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 02/23/2022 | 1225876 | Amounts Disbursed To Creditor | 1,003.37 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 03/25/2022 | 1228830 | Amounts Disbursed To Creditor | 988.99 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 04/26/2022 | 1231879 | Amounts Disbursed To Creditor | 983.42 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 05/25/2022 | 1234912 | Amounts Disbursed To Creditor | 981.84 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 06/27/2022 | 1237943 | Amounts Disbursed To Creditor | 872.75 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 07/26/2022 | 1240883 | Amounts Disbursed To Creditor | 851.88 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 08/24/2022 | 1243773 | Amounts Disbursed To Creditor | 851.88 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 09/27/2022 | 1246644 | Amounts Disbursed To Creditor | 851.88 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 10/25/2022 | 1249463 | Amounts Disbursed To Creditor | 851.88 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A N | 11/23/2022 | 1252249 | Amounts Disbursed To Creditor | 851.88 |

# History Of Payments

**Part 4 - a (Postpetition Payments)**

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 4 | NATIONSTAR MORTGAGE LLC D/B/A M | 12/22/2022 | 1255003 | Amounts Disbursed To Creditor | 846.62 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A M | 01/26/2023 | 1257733 | Amounts Disbursed To Creditor | 846.23 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A M | 02/23/2023 | 1260342 | Amounts Disbursed To Creditor | 846.24 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A M | 03/28/2023 | 1263119 | Amounts Disbursed To Creditor | 868.43 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A M | 04/25/2023 | 1265937 | Amounts Disbursed To Creditor | 851.88 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A M | 05/25/2023 | 1268798 | Amounts Disbursed To Creditor | 851.88 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A M | 06/26/2023 | 1271695 | Amounts Disbursed To Creditor | 853.63 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A M | 07/25/2023 | 1274450 | Amounts Disbursed To Creditor | 853.63 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A M | 08/25/2023 | 1277227 | Amounts Disbursed To Creditor | 853.63 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A M | 09/26/2023 | 1279970 | Amounts Disbursed To Creditor | 853.63 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A M | 10/25/2023 | 1282681 | Amounts Disbursed To Creditor | 853.63 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A M | 11/27/2023 | 1285347 | Amounts Disbursed To Creditor | 853.63 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A M | 12/21/2023 | 1287943 | Amounts Disbursed To Creditor | 853.63 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A M | 01/26/2024 | 1290623 | Amounts Disbursed To Creditor | 853.63 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A M | 02/26/2024 | 1293282 | Amounts Disbursed To Creditor | 853.63 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A M | 03/26/2024 | 1295928 | Amounts Disbursed To Creditor | 853.63 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A M | 04/25/2024 | 1298585 | Amounts Disbursed To Creditor | 853.63 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A M | 05/29/2024 | 1301301 | Amounts Disbursed To Creditor | 853.63 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A M | 06/25/2024 | 1303830 | Amounts Disbursed To Creditor | 853.63 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A M | 07/25/2024 | 1306432 | Amounts Disbursed To Creditor | 853.63 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A M | 08/26/2024 | 1309004 | Amounts Disbursed To Creditor | 853.63 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A M | 09/25/2024 | 1311595 | Amounts Disbursed To Creditor | 853.63 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A M | 10/25/2024 | 1314124 | Amounts Disbursed To Creditor | 853.63 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A M | 11/25/2024 | 1316685 | Amounts Disbursed To Creditor | 853.63 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A M | 12/23/2024 | 1319090 | Amounts Disbursed To Creditor | 853.63 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A M | 01/28/2025 | 1321589 | Amounts Disbursed To Creditor | 853.63 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A M | 02/25/2025 | 1324019 | Amounts Disbursed To Creditor | 853.63 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A M | 03/26/2025 | 1326498 | Amounts Disbursed To Creditor | 853.63 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A M | 04/25/2025 | 1328964 | Amounts Disbursed To Creditor | 853.63 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A M | 05/23/2025 | 1331387 | Amounts Disbursed To Creditor | 853.63 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A M | 06/25/2025 | 1333830 | Amounts Disbursed To Creditor | 853.63 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A M | 07/25/2025 | 1336299 | Amounts Disbursed To Creditor | 919.15 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A M | 08/26/2025 | 1338705 | Amounts Disbursed To Creditor | 886.39 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A M | 09/25/2025 | 1341120 | Amounts Disbursed To Creditor | 886.39 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A M | 10/24/2025 | 1343596 | Amounts Disbursed To Creditor | 886.39 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A M | 11/21/2025 | 1345896 | Amounts Disbursed To Creditor | 886.39 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A M | 12/23/2025 | 1348239 | Amounts Disbursed To Creditor | 886.39 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A M | 01/27/2026 | 1350632 | Amounts Disbursed To Creditor | 886.39 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A M | 02/24/2026 | 1352978 | Amounts Disbursed To Creditor | 886.39 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A M | 03/25/2026 | 1355392 | Amounts Disbursed To Creditor | 886.39 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A M | 04/27/2026 | 1357781 | Amounts Disbursed To Creditor | 886.39 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A M | 05/27/2026 | 1360183 | Amounts Disbursed To Creditor | 886.39 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A M | 06/25/2026 | 1362550 | Amounts Disbursed To Creditor | 896.58 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A M | 07/28/2026 | 1364940 | Amounts Disbursed To Creditor | 437.39 |
| 4 | NATIONSTAR MORTGAGE LLC D/B/A M | 08/25/2026 | 1367257 | Amounts Disbursed To Creditor | 719.48 |
| | | | | Total for Claim Number 4: | 53,464.81 |
| | | | | **Total for Part 4 - a (Postpetition Payments):** | **53,464.81** |

**Certificate of Service**

I hereby certify that on the date shown below, I served a true and correct copy of Trustee's Notice of Disbursements Made upon the following, by regular United States mail, postage prepaid, addressed as follows:

JAMES M. TOOMEY
2815 SPRING GARDEN DRIVE
PITTSBURGH, PA 15212

AMY L ZEMA ESQ
2366 GOLDEN MILE HWY #155
PITTSBURGH, PA 15239-2710

MCCALLA RAYMER ET AL
NATL BANKRUPTCY DEPT**
1544 OLD ALABAMA RD**
ROSWELL, GA 30076-2102

NATIONSTAR MORTGAGE LLC D/B/A MR COOPER(*)
PO BOX 619094
DALLAS, TX 75261-9741

NATIONSTAR MORTGAGE LLC D/B/A MR COOPER**
ATTN BANKRUPTCY NOTICING
PO BOX 619096
DALLAS, TX 75261-9741

Dated: 08/26/2026

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee