Certificate Number: 12433-PAW-DE-041498771

Bankruptcy Case Number: 21-21477

12433-PAW-DE-041498771

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 28, 2026, at 4:23 o'clock PM PDT, James Michael Toomey completed a course on personal financial management given by telephone by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: September 29, 2026

By: /s/Loren Bailey Roberts

Name: Loren Bailey Roberts

Title: Teacher