IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: James M. Toomey, | ) | Bankruptcy No. 21-21477-JCM |
| | ) | |
| Debtor. | ) | Chapter 13 |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtos ineligible for a discharge.

4. On September 28, 2026, at docket number 81, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing *Certifications of Completion of Post-petition Instructional Course in Personal Financial Management Course*.

This Certification is being signed under penalty of perjury: Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Dated: October 1, 2026

/s/ Amy L. Zema
Amy L. Zema, Esquire
Attorney for Debtor
PA ID: 74701
2366 Golden Mile Hwy., #155
Pittsburgh, PA 15239
(412) 744-4450 Telephone
amy@zemalawoffice.com

**PAWB Local Form 24 (07/13)**